268

UNITED STATES of America ex rel. Hugh A. BOWEN, Appellant, v. James A. JOHNSTON, Warden, United States Penitentiary, Alcatraz, California, Appellee.

No. 10841.

Circuit Court of Appeals, Ninth Circuit.

Dec. 5, 1944.

Hugh A. Bowen, in pro. per., for appellant.

Frank J. Hennessy, U. S. Atty., Robert B. McMillan and Joseph Karesh, Asst. U. S. Attys., all of San Francisco, Cal., for appellee.

Before DENMAN, STEPHENS, and HEALY, Circuit Judges.

PER CURIAM.

The order appealed from is affirmed. We adopt the opinion of the district court, 58 F.Supp. 208.

In re Florence Barbara TUMEN, Bankrupt; Nathan Mesnikoff, Appellant.

No. 8617.

Circuit Court of Appeals, Third Circuit.

Argued Nov. 22, 1944.

Decided Nov. 24, 1944.

Meyer M. Semel, of Newark, N. J., for appellant.

David H. Davis, of Asbury Park, N. J. (Tumen & Tumen, of Asbury Park, N. J., on the brief), for appellee.

Before MARIS and GOODRICH, Circuit Judges, and SCHOONMAKER, District Judge.

PER CURIAM.

The judgment of the District Court, 58 F.Supp. 210, is affirmed.